IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STATE FARM LIFE AND ACCIDENT
ASSURANCE COMPANY,

        Plaintiff,

  v.

ESTATE OF MISCHELLE MOCK, c/o
Attorney Jacqueline Wheeler, Special Administrator,
ETHAN WEILER, RICHARD WHEELER,
M.M., a Minor, and A.M., a Minor, c/o their
Guardian ad Litem, Nicholas Casper

        Defendants.

ORDER

12-cv-312-wmc

---

On May 31, 2012, the court held a telephonic status conference at plaintiff's request to address the issue of who will represent the interests of M.M. and A.M., the minor defendants in this interpleader lawsuit. Plaintiff was represented by Andrew Hebl. Defendant Estate was represented by Jacqueline Wheeler. Defendants Ethan Weiler and Richard Wheeler did not appear. Minor defendants M.M. and A.M. ended up being represented by their guardian ad litem, Attorney Nicholas A. Casper. During the hearing, Attorney Casper orally moved for admission pro hac vice in this case and moved to be appointed as guardian ad litem to sue and defend on behalf of defendants M.M. and A.M. in this case, pursuant to F.R. Civ. Pro. 17(c)(1).

ORDER

IT IS ORDERED that:

(1) Attorney Nicholas A. Casper's oral motion to appear pro hac vice in this case is GRANTED. Due to the nature of the lawsuit and the nature of the representation he is undertaking, payment of the usual fee is WAIVED by the court; and

(2) Attorney Nicholas A. Casper is appointed as guardian ad litem to sue and defend on behalf of defendants M.M. and A.M. in this case.

Entered this 31st day of May, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge