IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STATE FARM LIFE AND ACCIDENT
ASSURANCE COMPANY,

                Plaintiff,

v.

ESTATE OF MISCHELLE MOCK,
ETHAN WEILER, RICHARD WHEELER,
M.M., a Minor, and A.M., a Minor,

                Defendants.

OPINION AND ORDER

12-cv-312-wmc

The court entered default judgment against defendants Ethan Weiler and Richard Wheeler on August 28, 2012. Defendants Estate of Mischelle Mock, M.M., a minor, and A.M., a minor, filed answers admitting all allegations in State Farm's complaint and acknowledging they do not object to the relief requested by State Farm. (Answer (dkt. #16). Accordingly, no factual disputes remain between the parties, and State Farm filed a stipulated motion for judgment on the pleadings under Fed. R. Civ. P. 12(c) as to defendants Estate of Mischelle Mock, M.M., a Minor, and A.M., a Minor. (Dkt. #27.)

Pursuant to the parties' stipulation, judgment is hereby entered in favor of plaintiff State Farm as follows:

1. Defendants Estate of Mischelle Mock, Ethan Weiler, Richard Wheeler, M.M., and Minor, and A.M., a Minor, is restrained from instituting any action against plaintiff State Farm for the $100,000 in death benefits plus interest that has accrued, or any part thereof, of the policy of life insurance, No. AS-0067-0659, that State Farm issued to Mischelle Mock, now deceased;

2. Each of the defendants is required to interplead and settle among themselves their rights to the $100,000 in death benefits, plus interest that has accrued, of said policy; and

3. State Farm shall pay the $100,000 in death benefits, plus interest that has accrued, of the policy into this Court and, upon such payment, is discharged from all liability on the policy, and shall thereafter be dismissed from further proceedings in this lawsuit, with the remaining parties to resolve the remaining claims among themselves.

Entered this 14th day of September, 2012.

BY THE COURT:

WILLIAM M. CONLEY
District Judge