IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STATE FARM LIFE and ACCIDENT
ASSURANCE COMPANY,

    Plaintiff,

v.

ESTATE OF MISCHELLE MOCK,
ETHAN WEILER, RICHARD WHEELER,
M.M., a Minor, and A.M., a Minor,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-312-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff State Farm Life and Accident Assurance Company as follows:

    1. Defendants Estate of Mischelle Mock, Etahn Weiler, Richard Wheeler, M.M., a Minor, and A.M., a Minor, are restrained from instituting any action against plaintiff State Farm for the $100,000 in death benefits plus interest that has accrued, or any part thereof, of policy of life insurance, No. AS-0067-0659, that State Farm issued to Mischelle Mock, now deceased;

    2. Each of the defendants is required to interplead and settle among themselves their rights to the $100,000 in death benefits, plus interest that has accrued, of said policy; and

    3. State Farm shall pay the $100,000 in death benefits, plus interest that has accrued, of the policy into this Court and upon such payment, is discharged from all liability on the policy, and shall thereafter be dismissed from further proceedings in this lawsuit, with the remaining claims among themselves.

_____
Peter Oppeneer, Clerk of Court

10/3/12
Date